FILED
APR - 5 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __1:06CR93-MEF__ |
| | ) | [18 USC 1028(a)(6); |
| LUIS FERNANDO MARTINEZ-RUTEAGA | ) | 18 USC 1546(a); |
| | ) | 42 USC 408(a)(7)(B)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about November 17, 2005, in Dothan, within the Middle District of Alabama, defendant,

**LUIS FERNANDO MARTINEZ-RUTEAGA**,

did knowingly possess an identification document, a Social Security card, that appeared to be an identification document of the United States, which was produced without lawful authority, knowing that such document was produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

## COUNT 2

On or about November 17, 2005, in Dothan, within the Middle District of Alabama, defendant,

**LUIS FERNANDO MARTINEZ-RUTEAGA**,

did knowingly utter, use, and attempt to use an alien registration receipt card and other document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, knowing it to be forged, counterfeited, altered, falsely made and unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

## COUNT 3

On or about November 17, 2005, in Dothan within the Middle District of Alabama, defendant,

## LUIS FERNANDO MARTINEZ-RUTEAGA,

did knowingly and with intent to deceive, falsely represent a number to be the Social Security account number assigned to him by the Secretary when in fact such is not the Social Security account number assigned to him by the Secretary, in violation of Title 42, United States Code, Section 408(a)(7)(B).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
TOMMIE BROWN HARDWICK
Assistant United States Attorney