**COURTROOM DEPUTY MINUTES**     **DATE:** April 17, 2006
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 11:54 - 12:01

- ✓ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ✓ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:06cr93- MEF-CSC**    DEFT. NAME: **LUIS FERNANDO MARTINEZ-RUTEGA**

USA: **TOMMIE HARDWICK**    ATTY: **KEVIN BUTLER**

USPTSO/USPO: _Tamara M. Austin_

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

Defendant ___does___ does NOT need an interpreter; NAME **BEVERLY CHILDRESS**

- ☐ Kars.   Date of Arrest **4/14/06** or ☐ karsr40
- ✓ kia.   Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
- ✓ finaff.   Financial Affidavit executed ☐ to be obtained by PTS; ✓ ORAL Motion for Appt. Of Counsel.
- ✓ koappted   **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.   Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐   Deft. Advises he will retain counsel. Has retained _____
- ☐   Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐   Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐   **DETENTION HRG** ☐ held; ☐ set for _____ ; ☐ Prelim. Hrg ☐ Set for _____
- ☐ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.   **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.   Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.   ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-   ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ✓ Loc.(LC)   Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.   Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.   Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐   Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ✓ Karr.   ARRAIGNMENT SET FOR: _____ ✓ HELD. Plea of **NOT GUILTY** entered.
-   ✓ Trial Term **6/5/06** ; ☐ PRETRIAL CONFERENCE DATE: _____
-   ✓ DISCOVERY DISCLOSURES DATE: **4/17/06**
- ☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ✓ Kwvspt   Waiver of Speedy Trial Act Rights Executed.

*Court - Discussions as to having the correct person in custody. The name on the financial affidavit appears different than what appears on the Indictment; Govt. informs court of its recent knowledge of Deft's real name and will seek to amend Indictment;