IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06CR93-MEF |
| | ) | |
| LUIS FERNANDO MARTINEZ-RUTEAGA | ) | |

UNOPPOSED MOTION TO AMEND INDICTMENT TO
CORRECT DEFENDANT'S NAME

Comes now the United States of America by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Honorable Court to amend the defendant's name in the above styled case. As grounds for the amendment, the United States submits the following:

1. During the initial investigation the defendant was identified as LUIS FERNANDO MARTINEZ-RUTEAGA. On April 5, 2006, the defendant was indicted by a Grand Jury sitting for the Middle District of Alabama under the name LUIS FERNANDO MARTINEZ-RUTEAGA.

2. On April 14, 2006, the defendant was arrested pursuant to a federal arrest warrant issued after indictment.

3. The defendant was advised of his Miranda Warnings, which he waived and stated that his correct name was SERGIO ALFREDO MARTINEZ-RUTEAGA.

For the reason stated above, the government moves to amend the defendant's name as it appears on the indictment as follows:

SERGIO ALFREDO MARTINEZ-RUTEAGA, a/k/a
LUIS FERNANDO MARTINEZ-RUTEAGA.

Respectfully submitted on this 2nd day of May, 2006.

                                                      LEURA G. CANARY
                                                      UNITED STATES ATTORNEY

                                                      s/Tommie Brown Hardwick
                                                      TOMMIE BROWN HARDWICK
                                                      One Court Square, Suite 201
                                                      Montgomery, AL 36104
                                                      Phone: (334)223-7280
                                                      Fax: (334)223-7135
                                                      E-mail: tommie.hardwick@usdoj.gov
                                                      ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06CR93-MEF |
| | ) | |
| LUIS FERNANDO MARTINEZ-RUTEAGA | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Kevin L. Butler, Esquire.

Respectfully submitted,

s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T