| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: MAY 15, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:31 - 1:32 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:06CR93-MEF-CSC    **DEFENDANT NAME:** LUIS FERNANDO MARTINEZ-RUTEAGA

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMY HARDWICK | ATTY. DONNIE BETHEL |

√  **DISCOVERY STATUS:** Completed.

_____
_____

√ **PENDING MOTION STATUS:** Motion to Correct/Amend Indictment to Correct Defendant's name.

_____

√  **PLEA STATUS:** Possible Plea.

_____
_____

√  **TRIAL STATUS:** Case will take 1 day, if goes to trial.

_____

☐  **REMARKS:**

_____
_____