IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-93-MEF |
| | ) | |
| LUIS FERNANDO MARTINEZ-RUTEAGA | ) | |

## **O R D E R**

Upon consideration of the government's Unopposed Motion to Amend Indictment to Correct Defendant's Name (Doc. #9) filed on May 2, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this 16th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE