IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO. 1:06cr93-MEF |
| ) | |
| LUIS FERNANDO MARTINEZ-RUTEAGA ) | |

**ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. # 13) filed on May 19, 2006, it is hereby

**ORDERED** that the defendant's change of plea hearing be and is hereby set for **May 24, 2006**, at **10:00 a.m.,** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide an interpreter and a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 22nd day of May, 2006.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE