COURTROOM DEPUTY MINUTES  DATE:  May 24, 2006  FTR RECORDING: 10:05 - 10:21

MIDDLE DISTRICT OF ALABAMA          COURT REPORTER: MITCHELL REISNER

☐ ARRAIGNMENT        √ CHANGE OF PLEA        ☐ CONSENT PLEA

☐ RULE 44(c) HEARING        ☐ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: *CHARLES S. COODY* | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: 1:06CR93-MEF-CSC | DEFENDANT NAME: SERGIO ALFREDO MARTINEZ-RUTEAGA |
| AUSA: TOMMIE HARDWICK | DEFENDANT ATTY: PATRICIA KEMP |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO |
| USPTS/USPO: DWAYNE SPURLOCK | |
| Defendant √ does ___ does NOT need and interpreter. Name: BEVERLY CHILDRESS | |

☐  This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

☐  Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐  **ORAL ORDER** Appointing  ☐ FPD or ☐ CJA Panel.  Notice of Appearance to be filed.

☐  **WAIVER OF INDICTMENT** executed and filed.

☐  **FELONY INFORMATION** filed.

☐  Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

PLEA:    ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

√ Guilty as to:    √ Count(s) 1, 2, & 3    of the **Indictment**

☐ Count(s) _____   ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

√  Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

√  No Plea Agreement entered. ☐ Written plea agreement filed.  ☐ **ORDERED SEALED.**

√  **ORAL ORDER** Adjudicating defendant guilty.

☐  **ORDER:** Defendant Continued ☐ Same Conditions/Bond imposed ; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____; ☐ Sentencing on _____; ☐ to be set by Separate Order

√  **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____; or √ Sentencing on _____ √ Set by separate Order.