IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:06-cr-93-MEF |
| | ) | |
| LUIS FERNANDO MARTINEZ-RUTEAGA | ) | |

# **O R D E R**

It is hereby ORDERED that the sentencing hearing set for August 17, 2006 at 9:30 a.m. is rescheduled for August 17, 2006 at 9:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 8th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE