# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON. MARK E. FULLER, PRESIDING         AT MONTGOMERY, AL

DATE COMMENCED:   8/16/06           AT:   9:25 a.m.
DATE COMPLETED:   8/16/06           AT:   9:37 a.m.

UNITED STATES OF AMERICA         §
                                 §
vs.                              §     CR. NO. 1:06CR93-MEF
                                 §
                                 §
SERGIO ALFREDO MARTINEZ-RUTEAGA  §

_____

|     GOVERNMENT          APPEARANCES:          DEFENDANT      |

Terry Moorer                                 Christine Freeman
_____

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter          Jeffrey Lee, USPO
Josh Clayton, Law Clerk                Beverly Childress, Interpreter
Kelli Gregg, Courtroom Clerk
_____

COURTROOM PROCEEDINGS:

( X )  **Sentencing**

9:25 a.m. -   Court convenes.
              Court gives oath and swears in interpreter.
              Court sentences defendant and advises him of his right to file an appeal.
              Defendant is remanded to the custody of the USMS.
9:37 a.m. -   Court is in recess.